IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


LAMAR LENOIR,                              :

              Petitioner,                  :   Case No. 3:09cv286

       vs.                                 :   JUDGE WALTER HERBERT RICE

WARDEN , SOUTHERN OHIO
CORRECTIONAL INSTITUTION,                  :

              Respondent.                  :

===============================================================

DECISION AND ENTRY OVERRULING PLAINTIFF'S OBJECTIONS (DOC.
#36) TO MAGISTRATE JUDGE'S DECISION AND ENTRY (DOC. #34)

===============================================================


       Pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. §636(b)(1)(A), this Court has

reviewed the Magistrate Judge's Decision and Entry of January 28, 2011

(Doc. #34), wherein certain decisions are made on Petitioner's then pending

motions.

       Based upon a review of the entirety of this Court's file and, further, finding

that none of the decisions rendered by the Magistrate Judge in said filing is clearly

erroneous or contrary to law, the Petitioner's Objections (Doc. #36) to said Decision

and Entry (Doc. #34) are overruled.

       Accordingly, this Court "affirms" the Magistrate Judge's Decision and Entry

of January 28, 2011, wherein:

1.    Petitioner's Motion for Evidentiary Hearing (Doc. #17) is DENIED without prejudice to renewal;

2.    Petitioner's Motion to Direct Respondent to Comply with Order of Court to Provide Transcripts (Doc. #25) and a Motion to Expand the Record (Doc. #26) are DENIED;

3.    Petitioner's Motion for Leave to file a Reply to Respondent's Response (Doc. #33) is DENIED; and

4.    Petitioner's Motions to Order Clerk to Proceed to Dispose of Request for Default (doc. #29, 30) are DENIED.

In reviewing the file on March 2, 2011, this Court notes that the Magistrate Judge filed a further Decision and Entry on February 24, 2011 (Doc. #39), wherein she ruled on certain additional Motions filed by the Petitioner. To date, no objections have been filed to said rulings.

The captioned cause remains pending upon the docket of this Court.

March 2, 2011

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of record

-2-