# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LAMAR LENOIR, :

    Petitioner, : Case No. 3:09-cv-286

: District Judge Walter H. Rice
  -vs-    Magistrate Judge Michael J. Newman

:

WARDEN, Southern Ohio Correctional Facility, :

    Respondent. :

---

## ORDER

---

On March 30, 2012, the Court dismissed Petitioner's *pro se* petition for a writ of *habeas corpus*. Doc. 64. On the same date, the Court issued an Order ruling on seven pending motions. Doc. 66. Therein, the Court granted Petitioner a certificate of appealability and leave to proceed *in forma pauperis* with respect to Ground Two, and denied his motion for an evidentiary hearing. *Id.*

On April 18, 2012, *pro se* Petitioner filed a motion requesting the Court to rule on his motion for certificate of appealability, motion to proceed *in forma pauperis* on appeal, and motion for an evidentiary hearing. Doc. 69. Because the Court has already ruled on said motions, Petitioner's motion (doc. 69) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

April 19, 2012                                                       s/ **Michael J. Newman**
                                                                                         United States Magistrate Judge