# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR LENOIR, | : | Case No. 3:09-cv-286 |
| Petitioner, | | |
| | : | District Judge Walter H. Rice |
| vs. | | Magistrate Judge Michael J. Newman |
| WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

## ORDER

This Court dismissed Petitioner's 28 U.S.C. § 2254 *habeas corpus* petition on March 30, 2012. Doc. 64.  On the same day, the Court also denied his motion for an evidentiary hearing. Doc. 66.

Now Petitioner moves for leave to file a Fed. R. Civ. P. 60(b)(2) motion for relief from judgment denying him an evidentiary hearing based on newly discovered evidence.  Doc. 72. Petitioner's motion is **DENIED AS MOOT** because leave is not required to file a Fed. R. Civ. P. 60(b)(2) motion.

On or before **July 5, 2012**, Petitioner is **ORDERED** to produce:

1.	A copy of said "audio confession from the State's primary witness Kirby Peterson," doc. 72 at Page ID 2295; and

2.	An affidavit explaining the circumstances in which Petitioner obtained said audio confession, including details such as when the audio recording was originally made; and when Petitioner was given the audio recording, and by whom.

June 4, 2012                                                                                      s/ **Michael J. Newman**
                                                                                                        United States Magistrate Judge