
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR LENOIR, | : | Case No. 3:09-cv-286 |
| Petitioner, | | |
| | : | District Judge Walter H. Rice |
| vs. | | Magistrate Judge Michael J. Newman |
| WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #77) OF UNITED STATES MAGISTRATE JUDGE IN THEIR ENTIRETY; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILING (DOCS. #82, #83) OVERRULED; PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b) (DOC. #72) DENIED; CAPTIONED CAUSE REMAINS TERMINATED**

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendation filed July 2, 2012 (Doc. #77), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts the aforesaid Report and Recommendation in its entirety, and overrules Plaintiff's Objections (Docs. #82, #83) thereto.

Plaintiff's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (Doc. #72) is denied.

The captioned case is hereby ordered to remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 28, 2012

                                                            */s/ Walter Herbert Rice*
                                                 WALTER HERBERT RICE, JUDGE
                                                 UNITED STATES DISTRICT COURT