# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR LENOIR, | : | Case No. 3:09-cv-286 |
| Petitioner, | | |
| vs. | : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| WARDEN, SOUTHERN OHIO<br>CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

_____

**ORDER GRANTING *NUNC PRO TUNC* PETITIONER'S DUPLICATIVE MOTIONS FOR AN EXTENSION OF TIME (DOCS. 94, 96)**
_____

This matter is before the Court upon Petitioner's duplicative motions for an extension of time to file his objections to the Court's Report and Recommendation (doc. 91) -- which were due on November 19, 2012.  Docs. 94, 96.  For good cause shown, Petitioner's motions (docs. 94, 96) are **GRANTED *NUNC PRO TUNC***.  Petitioner is afforded until **December 3, 2012** to file his objections to the Court's Report and Recommendation.

**IT IS SO ORDERED.**

November 20, 2012                                          s/ **Michael J. Newman**
                                                                           United States Magistrate Judge