IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR LENOIR, | : | Case No. 3:09-cv-286 |
| Petitioner, | | District Judge Walter H. Rice |
| | : | Magistrate Judge Michael J. Newman |
| -vs- | | |
| WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #91) AND SUPPLEMENTAL REPORT AND RECOMMENDATION (DOC. #93) IN THEIR ENTIRETY; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILINGS (DOCS. #99) OVERRULED; DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY TO APPEAL THE DENIAL OF HIS MOTIONS FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b) (DOCS. #88, #92)**

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendation filed November 2, 2012 and (Doc. #91) and his Supplemental Report and Recommendation filed November 6, 2012 (Doc. #93), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts the aforesaid Report and Recommendations in their entirety, and overrules Plaintiff's Objections (Doc. #99) thereto.

Plaintiff's motions for a certificate of appealability to appeal the denial of his motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (Docs. #88, #92) are denied. The captioned case is hereby ordered to remain terminated.

December 4th, 2012.

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT