IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR LENOIR, | : | Case No. 3:09-cv-286 |
| Petitioner, | | District Judge Walter H. Rice |
| | : | Magistrate Judge Michael J. Newman |
| -vs- | | |
| WARDEN, SOUTHERN OHIO CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #98) IN ITS ENTIRETY; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILING (DOCS. #101) OVERRULED; DENYING PETITIONER'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON HIS APPEAL OF THE COURT'S DENIAL OF HIS FED. R. CIV. P. 60(b) MOTION FOR RELIEF FROM JUDGMENT (DOC. #95)**

---

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendation filed November 21, 2012 (Doc. #98), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts the aforesaid Report and Recommendation in its entirety, and overrules Petitioner's Objections (Doc. #101) thereto.

Petitioner's motion for leave to proceed *in forma pauperis* on his appeal of the Court's denial of his Fed. R. Civ. P. 60(b) motion for relief from judgment (Doc. #95) is denied. The captioned case is hereby ordered to remain terminated.

December 19, 2012.

                                              WALTER HERBERT RICE, JUDGE
                                              UNITED STATES DISTRICT COURT